FILED: April 3, 2023

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 23-1351
(1:22-cv-00865-SAG)

_____

MARYLAND SHALL ISSUE, INC.; FIELD TRADERS, LLC; CINDY'S HOT SHOTS, INC.; PASADENA ARMS, LLC; WORTH-A-SHOT, INC.

   Plaintiffs - Appellants

v.

ANNE ARUNDEL COUNTY, MARYLAND

   Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:22-cv-00865-SAG |
| Date notice of appeal filed in originating court: | 03/26/2023 |
| Appellants | Maryland Shall Issue, Inc.; Field Traders, LLC; Cindy's Hot Shots, Inc.; Pasadena Arms, LLC; Worth-A-Shot, Inc. |
| Appellate Case Number | 23-1351 |
| Case Manager | Jeffrey S. Neal<br>804-916-2702 |