# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 23-1351, Maryland Shall Issue et al. v. Anne Arundel Co., MD |
| **Originating No. & Caption** | 22-865, Maryland Shall Issue, et al. v. Anne Arundel Co., MD |
| **Originating Court/Agency** | U.S. District Court for the District of Maryland |

| **Jurisdiction** (answer any that apply) | |
|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. 1291 |
| Time allowed for filing in Court of Appeals | 30 days |
| Date of entry of order or judgment appealed | 03/22/2023 |
| Date notice of appeal or petition for review filed | 03/26/2023 |
| If cross appeal, date first appeal filed | N/A |
| Date of filing any post-judgment motion | N/A |
| Date order entered disposing of any post-judgment motion | N/A |
| Date of filing any motion to extend appeal period | N/A |
| Time for filing appeal extended to | N/A |
| Is appeal from final judgment or order? | ⦿ Yes    ◯ No |
| If appeal is not from final judgment, why is order appealable? | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | |
|---|---|
| Is settlement being discussed? | ◯ Yes    ⦿ No |

1/28/2020 SCC

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ⦿ No |
| Has transcript been filed in district court? | ○ Yes | ⦿ No |
| Is transcript order attached? | ○ Yes | ⦿ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | N/A | |
| Case number of any pending appeal in same case | N/A | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | N/A | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ⦿ Yes | ○ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ⦿ Yes | ○ No |
| Does case involve question of first impression? | ○ Yes | ⦿ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ⦿ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| This suit challenges, on First Amendment grounds, an Anne Arundel Co., MD, ordinance that compells icensed firearms dealers in that County to distribute County-created or adopted literature concerning suicide and conflict resolution over the objections of the plaintiffs. |

**Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary)

Whether the district court erred in holding an the Ann Arundel County, MD, ordinance, which compels licensed firearms dealers in the County to distribute with each sale of ammunition or of a firearm literature on suicide and conflict resolution created or adopted by the County, is constitutional under the First Amendment.

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.)

| Adverse Party: Ann Arundeal County, MD | Adverse Party: Ann Arundel County, MD |
|---|---|
| Attorney: Hamilton F. Tyler<br>Address: Ann Arundel Co. Office of Law<br>2660 Rive Road, 4th Floor<br>Annapolis, MD 21401 | Attorney: Tamal Banton<br>Address: Ann Arundel Co. Office of Law<br>2660 Rive Road, 4th Floor<br>Annapolis, MD 21401 |
| E-mail: lwtyle22@aacounty.org | E-mail: tbanton@aacounty.org |
| Phone: 410 222 4208 | Phone: 410-222-4485 |

**Adverse Parties (continued)**

| Adverse Party: | Adverse Party: |
|---|---|
| Attorney:<br>Address: | Attorney:<br>Address: |
| E-mail: | E-mail: |
| Phone: | Phone: |

| **Appellant** (Attach additional page if necessary.) ||
|---|---|
| Name: MARYLAND SHALL ISSUE, INC., and WORTH-A-SHOT, INC.<br>Attorney: Mark W. Pennak<br>Address: MARYLAND SHALL ISSUE, INC.<br>9613 Harford Rd<br>Ste C #1015<br>Baltimore, MD 21234-21502<br>E-mail: mpennak@marylandshallissue.org<br>Phone: 301 873 3671 | Name: FIELD TRADERS, LLC<br>Attorney: Same<br>Address:<br>E-mail:<br>Phone: |
| **Appellant (continued)** ||
| Name: CINDY'S HOT SHOTS, INC.<br>Attorney: Same<br>Address:<br>E-mail:<br>Phone: | Name: PASADENA ARMS, LLC<br>Attorney: Same<br>Address:<br>E-mail:<br>Phone: |

Signature: /s/ Mark W. Pennak          Date: 04/04/2023

Counsel for: All Plaintiffs-Appellants

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on __04/04/23__ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

Service Via CM ECF

Signature:          Date: