# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 18, 2023

———————————————

RESPONSE REQUESTED

———————————————

No.   23-1351,   <u>Maryland Shall Issue, Inc. v. Anne Arundel County, Maryland</u>
1:22-cv-00865-SAG

TO:   Anne Arundel County Maryland

RESPONSE DUE: 04/28/2023

Response is required to the motion to expedite appeal on or before 04/28/2023.

Jeffrey S. Neal, Deputy Clerk
804-916-2702