FILED: April 28, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1351
(1:22-cv-00865-SAG)

_____

MARYLAND SHALL ISSUE, INC.; FIELD TRADERS, LLC; CINDY'S HOT SHOTS, INC.; PASADENA ARMS, LLC; WORTH-A-SHOT, INC.

      Plaintiffs - Appellants

v.

ANNE ARUNDEL COUNTY, MARYLAND

      Defendant - Appellee

_____

O R D E R

_____

Upon review of submissions relative to the motion to expedite, the court defers consideration of the motion pending assignment of the case to a panel.

      For the Court--By Direction

      /s/ Patricia S. Connor, Clerk