FILED: July 17, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1351
(1:22-cv-00865-SAG)

_____

MARYLAND SHALL ISSUE, INC.; FIELD TRADERS, LLC; CINDY'S HOT SHOTS, INC.; PASADENA ARMS, LLC; WORTH-A-SHOT, INC.

      Plaintiffs - Appellants

v.

ANNE ARUNDEL COUNTY, MARYLAND

      Defendant - Appellee

------------------------------

STATE OF MARYLAND

      Amicus Supporting Appellee

_____

O R D E R
_____

The State of Maryland has filed an amicus curiae brief.

The court accepts the brief for filing.

                                            For the Court--By Direction

                                            <u>/s/ Patricia S. Connor, Clerk</u>