# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 17, 2023

_____

RESPONSE REQUESTED

_____

No.  23-1351,  <u>Maryland Shall Issue, Inc. v. Anne Arundel County Maryland</u>
1:22-cv-00865-SAG

TO:  Worth-A-Shot, Inc.
Maryland Shall Issue, Inc.
Cindy's Hot Shots, Inc.
Field Traders LLC
Pasadena Arms, LLC

RESPONSE DUE: 07/27/2023

Response is required to the motion to file amicus brief on or before 07/27/2023.

If the content of a party's brief will be affected by the court's ruling on the motion to file amicus brief, the party may file a motion for extension of time to file the brief until after the court has ruled on the motion to file amicus brief.

Jeffrey S. Neal, Deputy Clerk
804-916-2702