FILED: July 18, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1351
(1:22-cv-00865-SAG)

_____

MARYLAND SHALL ISSUE, INC.; FIELD TRADERS, LLC; CINDY'S HOT SHOTS, INC.; PASADENA ARMS, LLC; WORTH-A-SHOT, INC.

      Plaintiffs - Appellants

v.

ANNE ARUNDEL COUNTY, MARYLAND

      Defendant - Appellee

------------------------------

STATE OF MARYLAND; MATTHEW MILLER; DEBORAH AZRAEL; THE BRADY CENTER TO PREVENT GUN VIOLENCE; MARYLANDERS TO PREVENT GUN VIOLENCE; TIM CARREY; KELLY ROSKAM

      Amici Supporting Appellee

_____

O R D E R
_____

Matthew Miller, Deborah Azrael, The Brady Center to Prevent Gun Violence, Marylanders to Prevent Gun Violence, Tim Carrey, and Kelly Roskam have filed amicus curiae briefs with the consent of the parties.

The court accepts the briefs for filing.

                                                For the Court--By Direction

                                                <u>/s/ Patricia S. Connor, Clerk</u>