# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 18, 2023

_____

RESPONSE REQUESTED

_____

No.   23-1351,        Maryland Shall Issue, Inc. v. Anne Arundel County Maryland
                      1:22-cv-00865-SAG

TO:   Worth-A-Shot, Inc.
      Maryland Shall Issue, Incorporated
      Cindy's Hot Shots, Inc.
      Field Traders LLC
      Pasadena Arms, LLC
      Anne Arundel County Maryland

RESPONSE DUE: 07/28/2023

Response is required to the motions to file amicus briefs on or before 07/28/2023.

If the content of a party's brief will be affected by the court's ruling on the motion to file amicus brief, the party may file a motion for extension of time to file the brief until after the court has ruled on the motion to file amicus brief.

Jeffrey S. Neal, Deputy Clerk
804-916-2702