FILED: July 28, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1351
(1:22-cv-00865-SAG)

_____

MARYLAND SHALL ISSUE, INC.; FIELD TRADERS LLC; CINDY'S HOT SHOTS, INC.; PASADENA ARMS, LLC; WORTH-A-SHOT, INC.

         Plaintiffs - Appellants

v.

ANNE ARUNDEL COUNTY MARYLAND

         Defendant - Appellee

------------------------------

STATE OF MARYLAND; MATTHEW MILLER; DEBORAH AZRAEL; BRADY CENTER TO PREVENT GUN VIOLENCE; MARYLANDERS TO PREVENT GUN VIOLENCE, INCORPORATED; TIM CAREY; KELLY ROSKAM; CONSTITUTIONAL ACCOUNTABILITY CENTER; AMERICAN MEDICAL ASSOCIATION; MEDCHI; MARYLAND STATE MEDICAL SOCIETY; AMERICAN ACADEMY OF PEDIATRICS; AMERICAN ACADEMY OF PEDIATRICS, MARYLAND CHAPTER; MARYLAND PSYCHIATRIC SOCIETY; WASHINGTON PYSCHIATRIC SOCIETY; DOROTHY PAUGH; GWENDOLYN LA CROIX; CHERYL BROOKS; PATTI BROCKINGTON; GUN OWNERS FOR SAFETY; DON BAUGHAN

         Amici Supporting Appellee

_____

O R D E R

_____

Upon consideration of submissions relative to the motions by Constitutional Accountability Center, Gun Owners for Safety, American Medical Association, MedChi, The Maryland State Medical Society, American Academy of Pediatrics, American Academy of Pediatrics, Maryland Chapter, The Maryland Psychiatric Society, Washington Psychiatric Society, Dorothy Paugh, Gwendolyn La Croix, Cheryl Brooks, Don Baughan, and Patti Brockington for leave to file briefs of amici curiae in support of appellee, the court grants the motions and accepts the briefs as filed.

    For the Court

    /s/ Patricia S. Connor, Clerk