## FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

| | |
|---|---|
| Case Number: No. 23-1351 | Date of Oral Argument: 12/08/23 |
| Caption: Maryland Shall Issue, Inc. v. Anne Arundel Co., MD | |
| Attorney Arguing: Mark W. Pennak | |

Arguing on Behalf of (party name):
Plaintiffs-Appellants, Maryland Shall Issue, Inc., et al. .

Select party type:
☑ Appellant ☐ Appellee ☐ Appellant/Cross-Appellee ☐ Appellee/Cross-Appellant ☐ Amicus ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.
→20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
→15 rather than 20 minutes are allotted in social security, black lung & labor cases in which primary issue is whether substantial evidence supports agency decision, and in criminal cases in which primary issue is application of sentencing guidelines; 30 minutes are allotted in en banc cases
→Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Mark W. Pennak
Phone Number (day of argument): 301 873 3671

| Principal Argument Time: 15 | Rebuttal Argument Time (if any): 5 |
|---|---|
| (for appellants and appellees) | (appellants and cross-appellants only) |

Any Second Attorney Sharing Arguing Time: None
Phone Number (day of argument):

| Principal Argument Time: | Rebuttal Argument Time (if any): |
|---|---|
| (for appellants and appellees) | (appellants and cross-appellants only) |

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:     Select one of the following: ☐ Order allowing argument time ☐ Court-Appointed Amicus

Signature: /s/ Mark W. Pennak     Date: 10/13/23

03/08/2022 SCC