Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T  +1 202 637 5600
F  +1 202 637 5910
www.hoganlovells.com

November 17, 2023

Nwamaka Anowi, Clerk of the Court
United States Court of Appeals
 for the Fourth Circuit
Lewis F. Powell Jr. Courthouse
1100 East Main Street, Suite 501
Richmond, VA 23219

  **Re:**  *Maryland Shall Issue, Inc., et al. v. Anne Arundel County, Md.*, No. 23-1351 (4th Cir.).

Dear Ms Anowi:

    The Ninth Circuit's decision in *Nat'l Ass'n of Wheat Growers v. Bonta*, — F.4th —, 2023 WL 7314307 (9th Cir. Nov. 7, 2023), supports Anne Arundel County rather than Plaintiffs.  The case involves a California law requiring a disclosure that an herbicide is probably carcinogenic to humans.  In evaluating a First Amendment challenge to the law, the panel confirmed that "compelled commercial speech that is 'purely factual and uncontroversial'" is subject to the standard set forth in *Zauderer v. Off. of Disciplinary Couns. of Sup. Ct. of Ohio*, 471 U.S. 626 (1985), which is "akin to a rational basis test."  Op. *2.  The panel noted that *Zauderer* extends "beyond prevention of deceptive speech to other substantial governmental interests, most notably, public health."  *Id.* *10.  And the panel confirmed that *Zauderer*, as applied in *NIFLA*, does not mean "that any purely factual statement that can be tied in some way to a controversial issue is, for that reason alone, controversial."  *Id.* *10 (quotation marks omitted).

    The panel concluded that the disclosure at issue was not purely factual and uncontroversial because, though one international public-health agency concluded the herbicide is probably carcinogenic, the agency "stands essentially alone" in that determination, "while EPA, OEHHA, and regulators from around the world conclude that it is not."  *Id.* *12.  The disclosure "improperly elevate[d] one side of a legitimately unresolved scientific debate."  *Id.* *13.

    The opposite is true in this case, where an overwhelming public-health consensus confirms that access to firearms is a risk factor for suicide, where there is no unresolved scientific debate, and where Plaintiffs' expert stands alone in disputing the accuracy of a pamphlet that was coauthored by the gun industry's principal trade organization.

                                                 Respectfully submitted,

                                                 s/ Neal Kumar Katyal
                                                 Neal Kumar Katyal
                                                 William E. Havemann

cc: All counsel via CM/ECF

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Munich  New York  Northern Virginia  Paris  Philadelphia  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices:  Budapest  Jakarta  Riyadh  Shanghai FTZ  Ulaanbaatar.   Business Service Centers:  Johannesburg  Louisville.  Legal Services Center:  Berlin.  For more information see www.hoganlovells.com