FILED: February 29, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1351
(1:22-cv-00865-SAG)

_____

MARYLAND SHALL ISSUE, INC.; FIELD TRADERS LLC; CINDY'S HOT SHOTS, INC.; PASADENA ARMS, LLC; WORTH-A-SHOT, INC.

      Plaintiffs - Appellants

v.

ANNE ARUNDEL COUNTY MARYLAND

      Defendant - Appellee

-------------------------------

STATE OF MARYLAND; MATTHEW MILLER; DEBORAH AZRAEL; BRADY CENTER TO PREVENT GUN VIOLENCE; MARYLANDERS TO PREVENT GUN VIOLENCE, INCORPORATED; TIM CAREY; KELLY ROSKAM; CONSTITUTIONAL ACCOUNTABILITY CENTER; AMERICAN MEDICAL ASSOCIATION; MEDCHI; MARYLAND STATE MEDICAL SOCIETY; AMERICAN ACADEMY OF PEDIATRICS; AMERICAN ACADEMY OF PEDIATRICS, MARYLAND CHAPTER; MARYLAND PSYCHIATRIC SOCIETY; WASHINGTON PYSCHIATRIC SOCIETY; DOROTHY PAUGH; GWENDOLYN LA CROIX; CHERYL BROOKS; PATTI BROCKINGTON; GUN OWNERS FOR SAFETY; DON BAUGHAN

      Amici Supporting Appellee

————————————

## M A N D A T E

————————————

The judgment of this court, entered January 23, 2024, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*